No. 94–8654. McNatt v. Coleman et al. C. A. 4th Cir. Certiorari denied.

No. 94–8655. Mason v. California. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 94–8663. Harjo v. Oklahoma. Ct. Crim. App. Okla. Certiorari denied.

No. 94–8665. Ashworth v. Myers, Warden. C. A. 9th Cir. Certiorari denied.

No. 94–8666. Brown v. Murray, Director, Virginia Department of Corrections. C. A. 4th Cir. Certiorari denied.

No. 94–8670. Dunbar v. Virginia. Sup. Ct. Va. Certiorari denied.

No. 94–8671. Hall v. Missouri Department of Corrections and Human Resources et al. C. A. 8th Cir. Certiorari denied.

No. 94–8683. White v. Singletary, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 94–8701. Petrick v. Minnesota. Sup. Ct. Minn. Certiorari denied.

No. 94–8704. Talley v. Walker, Superintendent, Auburn Correctional Facility, et al. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 94–8783. Carr v. United States; and
No. 94–8913. Gardner v. United States. C. A. 8th Cir. Certiorari denied.

No. 94–8817. Kinchen v. Shalala, Secretary of Health and Human Services. C. A. 5th Cir. Certiorari denied.

No. 94–8850. Jobe v. United States. C. A. 3d Cir. Certiorari denied.